ACCEPTED
01-14-00054-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 3:09:00 PM
CHRISTOPHER PRINE
CLERK

# PD-1262-15

APPEAL NO. 01-14-00054-CR
IN THE COURT OF APPEALS FOR THE
FIRST JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

RECEIVED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 3:09:00 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| ALPHONSON MALONE | § | APPELLANT |
| | § | |
| VS. | § | |
| | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM COUNTY CRIMINAL COURT AT LAW # 8
OF HARRIS COUNTY, TEXAS
TRIAL COURT NO. 1899612

## MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

NOW COMES, ALPHONSON MALONE, Appellant, and files this Motion for Extension of Time to File Appellant's Petition For Discretionary Review, pursuant to Rules 10.5(b) and 68.2(c), Texas Rules of Appellate Procedure. In support of this Motion, Appellant would show the following:

I.

The First Court of Appeals issued its Published Opinion in this case on April 23, 2015. Appellant's timely filed motion for rehearing was denied on August 18,

1

2015. Appellant's Petition for Discretionary Review was due to be filed by September 18, 2015. This is Appellant's first request for an extension of time. Appellant requests an extension of forty-five (45) days to file the petition.

## II.

Pursuant to rule 68.2(c) of the Texas Rules of Appellate Procedure, the Court of Appeals may extend the time to file a petition for discretionary review if a party files a motion complying with Rule 10.5(b) no later than 15 days after the last day for filing the petition.

## III.

In the past thirty (30) days, counsel has been engaged in the following matters, which preclude completion of Appellant's Petition for Discretionary Review:

1. On August 19, 2015, Counsel for Appellant appeared for a Pre-Trial Conference/Pre-Trial Diversion Submission in the case styled *State of Texas v. Jason Schilling;* Cause No's. 1459666 and 1459667, pending in the 351st District Court Harris County, Texas.

2. Counsel for Appellant was on family leave from August 24 through August 31, 2015.

3. On September 4, 2015, Counsel for Appellant prepared and filed Objections to Pre-Sentencing Report in case styled *United States of America vs. David Garcia*;

2

Cause No. 4:13-cr-00628, pending in the United States District Court for the Southern District of Texas.

4.      On September 8, 2015, Counsel for Appellant travelled to Williamson County, Texas for a Probation Revocation Hearing in the case styled *State of Texas vs. Kristine Noffsinger*; Cause No. 13-0783-K277, pending in the 368th District Court Williamson County, Texas.

5.      On September 10, 2015, Counsel for Appellant travelled to Freestone County, Texas for a Pre-Trial Conference in the case styled *State of Texas vs. Kristine Noffsinger*; Cause No. 14-112-CR, pending in the 87th District Court Freestone County, Texas.

6.      On September 18, 2015, Counsel for Appellant prepared for and was set for a Motion to Suppress in the case styled *State of Texas v. Manuel Ochoa*; Cause No's. 1396477 and 1396478, pending in the 178th Criminal District Court Harris County, Texas.

IV.

This request is not made for the purpose of delay, but rather this request is made to allow counsel adequate time to prepare Appellant's Petition for Discretionary Review. Appellant moves this Court for an order granting an extension of forty-five (45) days, or until November 6, 2015 for Appellant to submit the

Petition for Discretionary Review in this case.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court for

an order granting an extension of forty-five (45) days, for Appellant to submit the

Petition for Discretionary Review in this case.

Respectfully submitted,

Digitally signed by Gary
Tabakman
Date: 2015.09.24 15:05:07
-05'00'

BY: GARY TABAKMAN
Attorney for Appellant
712 Main St. Ste 2400
Houston, TX 77002
(713) 228-8500
(713) 228-0034 (Fax)
State Bar No. 24076065
Gary@BSDLawfirm.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9 of the Texas Rules Appellate Procedure, the undersigned

counsel of record certifies that the motion contains 387 words.

Digitally signed by Gary
Tabakman
Date: 2015.09.24 15:05:19
-05'00'

GARY TABAKMAN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion

for Extension of Time to File Appellant's Brief was served via e-mail delivery through

eFile.TXCourts.gov to the Assistant District Attorney, Harris County District Attorney's

Office, on September 24, 2015.

/S/ *Gary Tabakman*
GARY TABAKMAN

NO. 01-14-00054-CR

| ALPHONSON MALONE, | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| VS. | § | IN HOUSTON, TEXAS |
| | § | |
| THE STATE OF TEXAS, | § | 1st JUDICIAL DISTRICT |
| Appellee | | |

## **ORDER**

It is the order of this Court that the foregoing Motion for Extension of Time to File Appellant's Petition for Discretionary Review is GRANTED, and the deadline for filing Appellant's Petition for Discretionary Review is extended to _____, 2015.

SIGNED this the _____ day of _____, 2015.

_____
JUDGE PRESIDING

6